JOANNE BENEDICT, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. THOMAS PODWATS, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 109 *N. J. Super.* 402.

*Messrs. Haskins, Robottom & Hack* and *Mr. Bartholomew A. Longo,* for the petitioners.

*Mr. Karl R. Meyertons,* for the respondents.

May 12, 1970. Granted.

BLOOMFIELD SAVINGS BANK, PLAINTIFF-RESPONDENT, v. HENRY J. KLUS, *ET UX*, *ET' AL.*, DEFENDANTS-PETITIONERS.

*Mr. David H. Dugan, III,* and *Mr. Leonard H. Wallach,* for the petitioners.

*Messrs. Joyce & Brown,* for the respondent.

May 12, 1970. Denied.

LOUIS RIPOSTA, IND. AND/OR t/a CHADWICK MARINA, PLAINTIFF-PETITIONER, v. ROBERT K. LAUNHARDT, DEFENDANT-RESPONDENT AND THIRD-PARTY PLAINTIFF, v. CHADWICK MARINA, INC., THIRD-PARTY DEFENDANT.

*Messrs. Sutton, Ward, Sutton & Heim,* for the petitioner.

*Messrs. Ewart, Lomell, Muccifori, Adler & Kearney* and *Mr. A. Thomas Amabile,* for the respondent.

May 26, 1970. Denied.